IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY L. LETT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv518-MHT |
| | ) | (WO) |
| KAY IVEY, Governor, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about dangerous conditions of confinement at Ventress Correctional Facility and contending that the defendants are violating his rights by failing to protect him from violence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed as plaintiff has failed to provide the court with a usable address. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 7th day of October, 2019.

                       /s/ Myron H. Thompson
                       UNITED STATES DISTRICT JUDGE