IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JERRY L. LETT, | ) | |
|     Plaintiff, | )<br>)<br>) | CIVIL ACTION NO. |
|     v. | )<br>) | 2:19cv518-MHT<br>(WO) |
| KAY IVEY, Governor,<br>et al., | )<br>)<br>) | |
|     Defendants. | ) | |

OPINION AND ORDER

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about dangerous conditions of confinement at Ventress Correctional Facility and contending that the defendants are violating his rights by failing to protect him from violence. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's motion for class certification be denied. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is ORDERED that:

(1) The magistrate judge's recommendation (doc. no. 20) is adopted.

(2) The motion for class certification (doc. no. 17) is denied.

This case is referred back to the magistrate judge for further proceedings.

DONE, this the 8th day of January, 2020.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE